1  David A. Clinton, Esq. (Bar No. 150107)
   *DAC@ClintonLaw.com*
2  Lori L. Vieira, Esq. (Bar No. 210623)
   *LLV@ClintonLaw.com*
3  Christian L. Woods, Esq. (Bar No. 314608)
   *CLW@ClintonLaw.com*
4  **CLINTON & CLINTON**
5  100 Oceangate, 14th Floor
   Long Beach, California  90802
6  Ph.: (562) 216-5000
   Fax: (562) 216-5001
7
8  Attorneys for Defendant, **SHARKNINJA OPERATING LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAYRA QUINTANILLA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **SHARKNINJA OPERATING LLC** ) <br> **and DOES 1-100** ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No.: 2:19-cv-02356-TLN-AC <br><br> **ORDER ON PARTIES JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

Based on the Parties' Joint Stipulation to Modify the Scheduling Order,

IT IS HEREBY ORDERED that the deadline for written discovery is extended until November 30, 2020.

IT IS HEREBY ORDERED that the deadline for expert designation is extended until December 29, 2020.

IT IS HEREBY ORDERED that the deadline for supplemental expert list is extended until January 29, 2021.

IT IS HEREBY ORDERED that the deadline to file dispositive motions is extended until February 26, 2021.

Dated this 10th day of August, 2020.

                                                   Troy L. Nunley
                                                   United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to the Electronic Service List for this Case.

**[PROPOSED] ORDER – CASE NO. 2:19-CV-02356-TLN-AC**

Executed on August 10, 2020 at Long Beach, California.

/S/ Lori L. Vieira
LORI L. VIEIRA

**SERVICE LIST:**

Katherine Lipel, Esq.
Svetlana Liberman, Esq.
Law Offices of Katherine Lipel
16001 Ventura Blvd., Suite 100
Encino, CA 91436

Tel: (818) 904-0100
Fax: (818) 904-9393
Email: info@lipellaw.com
lana@lipellaw.com


***Attorney for Plaintiff, MAYRA QUINTANILLA***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order – Case No. 2:19-cv-02356-TLN-AC