David A. Clinton, Esq. (Bar No. 150107)
*DAC@ClintonLaw.com*
Lori L. Vieira, Esq. (Bar No. 210623)
*LLV@ClintonLaw.com*
Christian L. Woods, Esq. (Bar No. 314608)
*CLW@ClintonLaw.com*
**CLINTON & CLINTON**
100 Oceangate, 14th Floor
Long Beach, California  90802
Ph.: (562) 216-5000
Fax: (562) 216-5001

Attorneys for Defendant, **SHARKNINJA OPERATING LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAYRA QUINTANILLA,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**SHARKNINJA OPERATING LLC,**<br><br>　　　　　Defendants. | Case No.: 2:19-cv-02356-TLN-AC<br><br>**ORDER ON JOINT STIPULATION TO FURTHER MODIFY SCHEDULING ORDER** |

　　Based on the Parties' Joint Stipulation to Modify the Scheduling Order,

IT IS HEREBY ORDERED that the deadline for written discovery is extended until March 30, 2021.

IT IS HEREBY ORDERED that the deadline for expert designation is extended until April 29, 2021.

IT IS HEREBY ORDERED that the deadline for supplemental expert list is extended until May 31, 2021.

Order – Case No. 2:19-cv-02356-TLN-AC

IT IS HEREBY ORDERED that the deadline to file dispositive motions is extended until June 30, 2021.

Dated this 1st day of December, 2020

Troy L. Nunley
United States District Judge

Order – Case No. 2:19-cv-02356-TLN-AC